1  KINGSLEY & KINGSLEY, APC
   ERIC B. KINGSLEY, ESQ.   SBN-185123
2  eric@kingsleykingsley.com
   LIANE L. KATZENSTEIN, ESQ. SBN-259230
3  lkatzenstein@kignsleykingsley.com
   16133 VENTURA BLVD., SUITE 1200
4  ENCINO, CA 91436
   (818) 990-8300, FAX (818) 990-2903
5
   CHARLES JOSEPH, ESQ. FED BAR #CJ-9442
6  JOSEPH & HERZFELD LLP
   charles@JHLLP.com
7  757 THIRD AVENUE, 25TH FLOOR
   NEW YORK, NY 10017
8  (212) 688-5640; FAX (212) 688-2548
   *Seeking Admission Pro Hac Vice
9
   DICHIARA LAW FIRM LLC
10 MICHAEL DICHIARA BAR # MD-2180
   michael@dichiarallc.com
11 77 MARKET STREET, SUITE 2
   PARK RIDGE, NJ 07656
12 (201) 746-0303, FAX (866) 417-2333
   *Seeking Admission Pro Hac Vice
13
   Attorneys for Plaintiffs

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18

| | |
|---|---|
| 19  ALAN SALDANA on behalf of himself and others similarly situated, | CASE NO.: CV 10 4672 EDL |
| 20 | |
| 21            Plaintiffs, | **DEMAND FOR JURY TRIAL** |
| 22 | Complaint filed: October 15, 2010 |
| 23       v. | |
| 24  SANOFI-AVENTIS U.S. INC. | |
| 25 | |
| 26            Defendants. | |

27

28  \ \ \

**DEMAND FOR JURY TRIAL**

Plaintiff ALAN SALDANA on behalf of himself and others similarly situated hereby demands trial of their claims by jury to the extent authorized by law.

DATED: October 19, 2010                KINGSLEY & KINGSLEY, APC

By: _____
LIANE L. KATZENSTEIN
ATTORNEY FOR PLAINTIFF